UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

BERNARD BROWN & KRISTINA HARRISON

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 mj 2665

Defendant KRISTINA HARRISON hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

KRISTINA HARRISON

_____
Defendant's Counsel's Signature

JOHN S. WALLENSTEIN

This proceeding was conducted by reliable video or telephone conferencing technology.

3/10/21
Date

~~U.S. District Judge~~/U.S. Magistrate Judge